SEYFARTH SHAW LLP
Selyn Hong (SBN 303398)
*shong@seyfarth.com*
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:    (415) 397-2823
Facsimile:    (415) 397-8549

SEYFARTH SHAW LLP
Pamela Q. Devata (*pro hac vice* forthcoming)
*pdevata@seyfarth.com*
John W. Drury (*pro hac vice* forthcoming)
*jdrury@seyfarth.com*
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:    (312) 460-5000
Facsimile:    (312) 460-7000

Attorneys for Defendants Confi-Chek, Inc. d/b/a Peoplefinders.com,
Enformion, Inc., and Confi-Check, Inc. d/b/aAdvanced Background Checks

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARZA, NASER ALZER, MARGARITA HERNANDEZ, KIMBERLY KENNEDY, AMANDEEP SINGH, SAMAH HAIDER, on behalf of themselves and of other similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CONFI-CHEK, INC., A HOLDING COMPANY FOR CONFI-CHEK INVESTIGATIONS; PEOPLEFINDERS.COM; ENFORMION, INC.; PUBLICRECORDSNOW.COM; PRIVATEEYE.COM; VEROMI.NET; AND ADVANCED BACKGROUND CHECKS,<br><br>Defendants. | Case No. 2:18-cv-01968-KJM-EFB<br><br>Judge Kimberly J. Mueller<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSIVE PLEADING FOR DEFENDANTS (1) CONFI-CHEK, INC. d/b/a PEOPLEFINDERS;<br>(2) CONFI-CHECK, INC. d/b/a ADVANCED BACKGROUND CHECKS; and<br>(3) ENFORMION, INC.**<br><br>Complaint Filed: July 16, 2018 |

1  Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 144, Plaintiffs David
2  Garza, Naser Alzer, Margarita Hernandez, Kimberly Kennedy, Amandeep Singh, and Samah Haider, on
3  behalf of themselves and of others similarly situated (collectively, "Plaintiffs") and Defendants Confi-
4  Chek, Inc. d/b/a PeopleFinders (incorrectly identified in the Complaint as "PeopleFinders.com"), Confi-
5  Chek, Inc. d/b/a Advanced Background Checks (incorrectly identified in the Complaint as "Advanced
6  Background Checks"); and Enformion, Inc. (collectively, "Defendants") submit the following
7  stipulation to extend the above-referenced Defendants' time to file a responsive pleading to Plaintiffs'
8  Complaint by 21 days from October 9, 2018 through October 30, 2018. In further support of this
9  Stipulation, the Parties state the following:
10  1.  Plaintiffs filed their Class Action Complaint ("Complaint") on July 16, 2018. Through
11  Defendants' prior counsel, the parties entered into prior stipulations to extend the time for Defendants to
12  answer or otherwise response to Plaintiffs' Complaint. (ECF Nos. 16-18.)  After the undersigned
13  counsel was retained, the parties entered into an additional stipulation to extend time so that the parties
14  could discuss the proper defendants and so the undersigned counsel could begin its investigation into the
15  allegations of the Complaint (ECF No. 19.)  The Court granted that stipulation on September 20, 2018,
16  extending the time for Defendants' responsive pleading through October 9, 2018.  (ECF No. 20.)
17  2.  The parties' counsel have continued to communicate regarding the identity of the proper
18  defendants in this action.  Based on those discussions, Plaintiffs' counsel still intends to amend the
19  complaint.  On October 1, 2018, Defendants' counsel provided Plaintiffs' counsel with information so
20  that Plaintiffs may amend the Complaint to identify the proper Defendants.  Defendants' counsel also
21  provided additional information regarding the case and in furtherance of potential early case resolution.
22  3.  The parties' counsel intend to confer about the factual background of the case and the
23  identity of the proper Defendants.  Counsel for both parties have previously been unable to schedule a
24  conference due to the business and vacation travel commitments of counsel.  However, the parties'
25  counsel have scheduled a conference for Monday, October 15, 2018, during which time they intend to
26  address the information needed for an amended complaint and the factual background of the allegations
27  in the Complaint and Defendants' defenses to Plaintiffs' claims.
28

1
STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING
2:18-CV-01968-KJM-EFB

50522681v.1

4.       Given the anticipated filing of an amended complaint and the parties' upcoming conference, the parties request an additional 21 day extension for Defendants to file their responsive pleading.  The parties anticipate that Plaintiffs will file an amended complaint within that time frame.  Defendants will respond within the prescribed time for responding to amended complaints.  The parties do not anticipate the need for additional extensions of time for Defendants to file a responsive pleading.

5.       For the foregoing reasons, the parties respectfully request a 21 day extension of time for Defendants to answer or otherwise respond to Plaintiffs' Complaint.  The extension of time will not affect any hearing or scheduling deadline in this case.

6.       On October 3, 2018, Defendants' counsel contacted Plaintiffs' counsel regarding Defendants' request for a 21-day extension of time in which to file its responsive pleading.  Plaintiffs' counsel stated that he had no objection to the 21-day extension.

7.       Accordingly, the Parties agree that Defendants' deadline to file a responsive pleading to Plaintiff's Complaint is extended to October 30, 2018.

**IT IS SO STIPULATED.**

DATED: October 5, 2018            Respectfully submitted,

CONSUMER JUSTICE CENTER, P.A.

By:  /s/ *Thomas J. Lyons, Jr.*
         Thomas J. Lyons, Jr.
    Attorneys for Plaintiffs

DATED: October 5, 2018            Respectfully submitted,

SEYFARTH SHAW LLP

By:/s/ *Selyn Hong*
      Selyn Hong
      Pamela Q. Devata (*pro hac vice* application forthcoming)
      John W. Drury (*pro hac vice* application forthcoming)
    Attorneys for Defendants

**ORDER**

    **IT IS SO ORDERED.**

DATED: October 9, 2018.

_____
UNITED STATES DISTRICT JUDGE