SEYFARTH SHAW LLP
Pamela Q. Devata (pro hac vice)
pdevata@seyfarth.com
John W. Drury (pro hac vice)
jdrury@seyfarth.com
233 South Wacker Drive, Suite 8000
Chicago, Illinois 60606-6448
Telephone:   (312) 460-5000
Facsimile:    (312) 460-7000

SEYFARTH SHAW LLP
Christopher J. Truxler (SBN# 282354)
ctruxler@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814
Telephone: (916) 448-0159
Facsimile:  (916) 558-4839

SEYFARTH SHAW LLP
Christopher Lee (SBN# 234639)
chlee@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 201-1589
Facsimile:  (310) 201-5219

Attorneys for Defendants
Confi-Chek, Inc. d/b/a Peoplefinders.com and d/b/a Advanced Background
Checks; and Enformion, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID GARZA, NASER ALZER, KIMBERLY KENNEDY, AMANDEEP SINGH, SAMAH HAIDER, ON BEHALF OF THEMSELVES AND OF OTHER SIMILARLY SITUATED,<br><br>   Plaintiffs,<br><br>  vs.<br><br>CONFI-CHEK, INC., A HOLDING COMPANY FOR PEOPLEFINDERS.COM; ENFORMION, INC.; AND ADVANCED BACKGROUND CHECKS,<br><br>   Defendants. | Case No. 2:18-cv-01968-KJM-EFB<br><br>The Honorable Kimberly J. Mueller<br><br>Magistrate Judge Edmund F. Brennan<br><br>**STIPULATION TO CONTINUE DISCOVERY CONFERENCE; [~~PROPOSED~~] ORDER**<br><br>Complaint Filed: July 16, 2018 |

### **STIPULATION**

Plaintiffs David Garza, Naser Alzer, Margarita Hernandez, Kimberly Kennedy, Amandeep Singh, Samah Haider and Defendants Confi-Chek, Inc. d/b/a Peoplefinders.com and d/b/a Advanced Background Checks, and Enformion, Inc. hereby stipulate as follows:

WHEREAS, on December 19, 2018, the Court set a discovery status conference before the Honorable Edmund F. Brennan for January 23, 2019 at 10:00 a.m. (Dkt. No. 37);

WHEREAS, on December 20, 2018, the Court continued the discovery status conference to January 30, 2019 at 10:00 a.m. (Dkt. No. 38);

WHEREAS, Plaintiffs have propounded interrogatories and requests for production on Defendants;

WHEREAS, in consideration of the scope of the requests, the holiday season, and prescheduled vacation and other travel plans, Plaintiffs have agreed to an extension of time through February 11, 2019 for Defendants to respond to the propounded written discovery;

WHEREAS, Defendants also intend to propound requests for production and interrogatories on Plaintiff;

WHEREAS, given that the parties will not have responded to any discovery by January 30, 2019, the parties agree that a discovery status conference before February 11, 2019 would be unfruitful;

NOW THEREFORE, with the Court's consent, the parties hereby agree to continue the discovery status conference to a date after February 11, 2019 that is mutually convenient for the Court and all parties.  The parties propose March 6, 2019 as the date

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION TO CONTINUE DISCOVERY CONFERENCE; [~~PROPOSED~~] ORDER

53366886v.2

and time of the continued conference.

**IT IS SO STIPULATED.**

DATED: January 8, 2019        Respectfully submitted,

SEYFARTH SHAW LLP

By: /s *Christopher Lee*
    Pamela Q. Devata
    John W. Drury
    Christopher J. Truxler
    Christopher Lee
    Attorneys for Defendants

DATED: January 8, 2019        Respectfully submitted,

CONSUMER JUSTICE CENTER, P.A.

By: /s/ *Thomas J. Lyons, Jr.*
    Thomas J. Lyons, Jr.
    Attorneys for Plaintiffs

STIPULATION TO CONTINUE DISCOVERY CONFERENCE; [~~PROPOSED~~] ORDER

53366886v.2

## [~~PROPOSED~~] ORDER

Having considered the parties' stipulation to continue the discovery status conference and GOOD CAUSE having been shown, the Court hereby continues the discovery status conference set for January 30, 2019 at 10:00 a.m. before the Honorable Edmund F. Brennan to March 6, 2019.

**IT IS SO ORDERED.**

DATED:  January 9, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE DISCOVERY CONFERENCE; [~~PROPOSED~~] ORDER

53366886v.2