IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID GARZA, NASER ALZER, KIMBERLY KENNEDY, AMANDEEP SINGH, and SAMAH HAIDER, ON BEHALF OF THEMSELVES AND OF OTHER SIMILARLY SITUATED, <br><br>Plaintiffs, <br><br>v. <br><br>CONFI-CHECK, INC., A HOLDING COMPANY FOR PEOPLEFINDERS.COM; ENFORMION, INC.; AND ADVANCED BACKGROUND CHECKS, <br><br>Defendants. | § § § § § § § § § § § § § § § § § CIVIL ACTION NO.: 4:20-CV-00175 |

**NOTICE OF CASE RESOLUTION**

Plaintiffs, David Garza, Naser Alzer, Kimberly Kennedy, Amandeep Singh, and Samah Haider ("Plaintiffs"), and Defendants, Confi-Check, Inc. d/b/a PeopleFinders and d/b/a Advanced Background Checks, and Enformion, Inc. (incorrectly identified in the Amended Complaint as "Confi-Chek, Inc., a holding company for Peoplefinders.com, Enformion, Inc., and Advanced Background Checks" (collectively, "Defendants") hereby inform the Court that the parties in the above-styled action have agreed in principle to resolve this matter on an individual (non-class) basis.  The parties anticipate filing a Rule 41(a) stipulation of dismissal with prejudice within the next 60 days.  The parties therefore respectfully request that all deadlines, hearings, and further activity be stayed pending the filing of the stipulation of dismissal.

1

DATED: April 22, 2020

| PLAINTIFFS | DEFENDANTS |
|---|---|
| By*: /s/ Thomas J. Lyons*<br>Thomas J. Lyons, PHV<br>Consumer Justice Center P.A.<br>367 Commerce Court<br>Vadnais Heights, MN 55127<br>651-770-9707-134<br>Fax: 651-704-0907<br>tommy@consumerjusticecenter.com<br><br>Stephanie R Tatar<br>Tatar Law Firm APC<br>3500 West Olive Avenue Suite 300<br>Burbank, CA 91505<br>323-744-1146<br>Fax: 888-778-5695<br>Stephanie@thetatarlawfirm.com<br><br>William David George, PHV<br>Baker Wotring LLP<br>600 Travis Street<br>Suite 700<br>Houston, TX 77002<br>713-980-6513<br>Fax: 713-980-1701<br>dgeorge@bakerwotring.com<br>*Attorneys for Plaintiffs* | By: /s/ *Oluwafunmito P. Seton*<br>Oluwafunmito P. Seton<br>State Bar No. 24108616<br>Federal I.D. 3295796<br>700 Milam Street, Suite 1400<br>Houston, Texas 77002-2812<br>Telephone: (713) 225-2300<br>Facsimile: (713) 225-2340<br>oseton@seyfarth.com<br><br>John W. Drury (*pro hac vice forthcoming*)<br>Pamela Q. Devata (*pro hac vice forthcoming*)<br>Seyfarth Shaw LLP<br>233 S. Wacker Drive, Suite 8000<br>Chicago, IL 60606<br>312-460-5000<br>Fax: 312-460-7000<br>jdrury@seyfarth.com<br>pdevata@seyfarth.com<br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on Wednesday, April 22, 2020, a copy of the foregoing **NOTICE OF CASE RESOLUTION** was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

DATED: April 22, 2020

Thomas J. Lyons, PHV
Consumer Justice Center P.A.
367 Commerce Court
Vadnais Heights, MN 55127
651-770-9707-134
Fax: 651-704-0907
tommy@consumerjusticecenter.com

Stephanie R Tatar
Tatar Law Firm APC
3500 West Olive Avenue Suite 300
Burbank, CA 91505
323-744-1146
Fax: 888-778-5695
Stephanie@thetatarlawfirm.com

William David George, PHV
Baker Wotring LLP
600 Travis Street
Suite 700
Houston, TX 77002
713-980-6513
Fax: 713-980-1701
dgeorge@bakerwotring.com

                                                                                                                  By: */s/ Oluwafunmito P. Seton*

                                                                                                                   Oluwafunmito P. Seton
                                                                                                                   State Bar No. 24108616
                                                                                                                   Federal I.D. 3295796
                                                                                                                   700 Milam Street, Suite 1400
                                                                                                                   Houston, Texas  77002-2812
                                                                                                                   Telephone:  (713) 225-2300
                                                                                                                   Facsimile:   (713) 225-2340
                                                                                                                   oseton@seyfarth.com