UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID GARZA, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:20-CV-175 |
| | § | |
| CONFI-CHEK, INC., *et al*, | § § § | |
| Defendants. | § | |

## ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, David Garza, Naser Alzer, Kimberly Kennedy, Amandeep Singh, and Samah Haider ("Plaintiffs"), and Defendants, Confi-Check, Inc. d/b/a PeopleFinders and d/b/a Advanced Background Checks, and Enformion, Inc. (incorrectly identified in the Amended Complaint as "Confi-Chek, Inc., a holding company for Peoplefinders.com, Enformion, Inc., and Advanced Background Checks" (collectively, "Defendants"), by and through their respective undersigned counsel, hereby stipulate to the dismissal of this matter with prejudice in accordance with Federal Rule of Civil Procedure 41(a), with each party to bear their own attorney's fees and costs.

SIGNED at Houston, Texas, this __14th__ day of May, 2020.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE